CAROLINE S. BONNELL, Appellant, v. GEORGE P. P. BONNELL, Respondent.— Orders unanimously affirmed without prejudice to a renewal of the motion for temporary alimony in the event that the defendant shall fail to make adequate provision for the support of the plaintiff pending the trial of the action. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

BARD-PARKER COMPANY, INC., Appellant, v. DICTOGRAPH PRODUCTS COMPANY, INC., Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ALDEN SMITH, Respondent, v. GUY M. RUSH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

CARLL SMITH CHACE v. ELEANOR UPTON CHACE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of POWELL & SALZMAN, INC., to SAMSON MERRIAM. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WALGREEN COMPANY v. STAR SAFETY FILM, INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Owners Abutting on Garden Place and Vernon Parkway for Damages Caused by the Closing of Garden Place, etc.— Motion for reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

JOSEPH ROSENBLATT v. THE PROVIDENT LOAN SOCIETY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALBERT F. HOWARD, as Administrator, etc., of JOHN F. HOWARD, v. THE NATIONAL CITY BANK OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.